IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00266-WYD-KLM

SHARON D. FORDE,

      Plaintiff(s),

v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,
STEVEN AMOS,
JOSEPH BUCKLEY,
BONNIE PASCOE,
ROBERT BRONDER,
KENNETH MILLER,
STARLING ROY TAPP; and
DUANE KLINKNER,

      Defendant(s).

_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**MAGISTRATE JUDGE KRISTEN L. MIX**

      Plaintiff's Complaint was filed on February 6, 2007.  The court file contains no proof that service of process has been made upon Defendants.

      By Minute Order dated July 6, 2007, Magistrate Judge Hegarty ordered that Plaintiff would have until July 20, 2007 to file a stipulation for dismissal or show cause why the case should not be dismissed. [Docket No. 3]

      As of October 5, 2007, Plaintiff has failed to either file a stipulation for dismissal or show cause why the case should not be dismissed.

      Accordingly, I recommend that this case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

      Dated October 5, 2007